THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 PARK AVENUE CORPORATION, Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Three proceedings.)

Submitted November 18, 1940; decided November 26, 1940.

*David E. Firestone* for motion.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.